## (January 26, 1956)

■ CITIZENS UTILITIES COMPANY v. AMERICAN LOCOMOTIVE COMPANY.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Botein, Cox and Bergan, JJ.

■ HARON H. ZAKKAI v. NISSIM DAVID et al.— Motion to dismiss appeal granted. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ In the Matter of JOSEPH MILNER, Respondent, against CHARLES ABRAMS, as State Rent Administrator, Respondent and ROBERT R. FINGEROTH, Appellant. — Insofar as the notice purported to be an appeal from the order entered October 17, 1955, it was properly rejected by the petitioner-respondent. Although it is characterized as an appeal from a motion to reargue, the notice may be read as a notice of appeal from the order entered November 22, 1955, which, according to the papers now before the court, appears to have been a disposition of a motion to intervene and vacate, as distinguished from a motion for reargument. Treating the notice of appeal as an appeal from the order entered November 22, 1955, the motion is granted to the extent stated in the order entered herein. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

## (January 31, 1956)

■ LOIS K. SCHUBERT, Appellant, v. BERNARD L. SCHUBERT, Respondent.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ LOIS K. SCHUBERT, Appellant, v. BERNARD L. SCHUBERT, Respondent.— Judgment, so far as appealed from, unanimously affirmed. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See *post*, p. 873.]

■ KATHRYN D. WEISS, Respondent, v. JOHN D. WEISS, Appellant.— Order unanimously modified by striking out the affirmative conditions attached to the denial of alimony, and by reversing the portion thereof allowing counsel fees, without costs. Settle order on notice. There may be circumstances when for the purpose of taking jurisdiction, the court will recognize the fact that husband and wife are separated though they reside at the same place; but the marital relationship shown by this record has been so intimately continued as to preclude the institution of an action for separation. Order unanimously reversed and the complaint dismissed, and judgment is directed to be entered in favor of the defendant dismissing the complaint herein, without costs. Concur — Peck, P. J., Breitel, Botein, Frank and Bergan, JJ.

■ MARGARET OELSCHLAGER, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the verdict to $15,000 in which event the judgment, as so modified, is affirmed, without costs. On this record the amount awarded is excessive. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ VELMA ROSE et al., Respondents-Appellants, v. HOTEL NEW YORKER, Defendant; DANTE P. DAPOLONIA et al., Appellants-Respondents, and C. RAYNOLD PALMER, Respondent.— Judgment unanimously modified on the law and the facts to direct that judgment be entered dismissing the complaint against the defendants Dapolonia and Emery, with costs, and otherwise affirmed. The evidence is insufficient to support the finding that Doctors Dapolonia and Emery manipulated plaintiff patient's arm so violently as to cause the displacement